**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Kateryn Mendez Perez, et al.,

Plaintiff(s),

v.

Terri Robinson, et al.,

Defendant(s).

Case No. 2:26-cv-01764-MMD-NJK

**Order**

[Docket No. 16]

A request to stay discovery seeks significant relief for which the movant bears a heavy burden requiring a strong showing. *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (citing *Turner Broadcasting Sys., Inc. v. Tracinda Corp.,* 175 F.R.D. 554, 556 (D. Nev. 1997)). Pending before the Court is Defendants' barebones motion to stay discovery, which consists of less than two pages of text, does not include an "argument" section, and is insufficiently developed for Defendants to carry their heavy burden of making a strong showing. Docket No. 16. Accordingly, the Court **DENIES** without prejudice Defendants' motion to stay discovery. Any renewed request for this relief must be filed by October 20, 2026, and must include robust argument and discussion.

IT IS SO ORDERED.

Dated: October 14, 2026

Nancy J. Koppe
United States Magistrate Judge