TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kateryn Mendez Perez, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>Terri Robinson, *et al.*<br><br>Defendants. | Case No. 2:26-cv-01764-MMD-NJK<br><br>**Motion to Extend Time for Federal Defendants to File a Renewed Motion to Stay Discovery Pursuant to Court's Order, ECF No. 17**<br><br>**FIRST REQUEST** |

Federal Defendants, by and through their undersigned counsel, hereby submit this Motion for an extension of time, up to and including **October 27, 2026**, for Federal Defendants to file a renewed Motion to Stay Discovery which includes "robust argument and discussion" pursuant to Court's Order, ECF No. 17. Federal Defendants require additional time to coordinate with USCIS counsel across the country and to prepare a declaration detailing the immense burden discovery pertaining to the approximately three dozen petitioners in this matter would impose onto USCIS if discovery proceeds prior to the Court ruling on the issue of jurisdiction and improper joinder. Such steps are necessary to meet the Court's Order for robust argument and discussion.

On October 20, 2026, Federal Defendants contacted Plaintiffs' counsel to inquire whether they would oppose a one-week extension. At time of this filing, no response has been received, necessitating this instant motion. This is the first request for an extension of

time to file a renewed Motion to Stay Discovery pursuant to Court's Order, ECF No. 17. This request is made in good faith and not for the purpose of any undue delay.

**Memorandum of Points and Authorities**

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned AUSA is acting diligently in coordinating with USCIS. However, additional time is needed to complete a renewed motion for a stay of discovery which meets the Court's requirements for robust argument and discussion set out in its Order, ECF No. 17. Because USCIS is still conferring across the country and preparing a declaration which details the burden that would be imposed by proceeding with discovery pertaining to approximately three dozen petitioners prior to the Court ruling on the issue of jurisdiction and improper joinder, a renewed motion to stay discovery which includes robust argument and discussion cannot be filed with such extension. For these reasons, Federal Defendants respectfully request an extension to **October 27, 2026**, to file a renewed motion to stay discovery pursuant to Court's Order, ECF No. 17.

If this motion for an extension of time is granted, the deadline to file a renewed motion to stay discovery pursuant to Court's Order, ECF No. 17, will be **October 27, 2026**. Given Federal Defendants' diligence and the need for additional communication to

comprehensively illustrate the burden that discovery would impose on USCIS prior to the Court ruling on the issue of jurisdiction and improper joinder, good cause exists for the extension. Federal Defendants, therefore, respectfully request that the Court grant this motion.

Respectfully submitted this 20th day of October 2026.

TODD BLANCHE
United States Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
*Attorneys for Federal Defendants*

This motion is GRANTED, but no further extensions will be allowed.
IT IS SO ORDERED.
Dated: October 21, 2026

Nancy J. Koppe
United States Magistrate Judge