T
A
S
F
D
N

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Kateryn Mendez Perez, *et al.*,

Plaintiffs,

v.

Terri Robinson, *et al.*

Defendants.

Case No. 2:26-cv-01764-MMD-NJK

**Motion to Extend Time for Federal Defendants to File a Reply in support of their Renewed Motion to Stay Discovery (ECF No. 20)**

**FIRST REQUEST**

Federal Defendants, by and through their undersigned counsel, hereby submit this Motion for a one-week extension of time from November 17, 2026, up to and including **November 24, 2026**, for Federal Defendants to file a reply in support of their renewed Motion to Stay Discovery (ECF No. 20). Because of various overlapping leaves and office departures that occurred at the USAO last week, undersigned counsel requires an additional week to coordinate with USCIS counsel on a reply in support of their renewed Motion to Stay Discovery (ECF No. 20).

On November 16, 2026, Federal Defendants contacted Plaintiffs' counsel to inquire whether they would oppose a one-week extension. Plaintiffs' counsel opposed such extension, necessitating this instant motion. This is the first request for an extension of time to file a reply in support of the renewed Motion to Stay Discovery (ECF No. 20). This request is made in good faith and not for the purpose of any undue delay.

a

C

with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

Undersigned AUSA is acting diligently in coordinating with USCIS. However, an additional week is needed to complete a reply in support of the renewed motion for a stay of discovery. Last week, in addition to Veteran's Day, the USAO underwent two office departures and had overlapping leave for several other staff members. Consequently, undersigned counsel needs an additional week to finish coordinating with USCIS on a reply in support of their renewed motion to stay discovery (ECF No. 20). A proper reply cannot be filed without such extension. For these reasons, Federal Defendants respectfully request an extension to **November 24, 2026**, to file a reply in support of their renewed motion to stay discovery (ECF No. 20).

If this motion for an extension of time is granted, the deadline to file a reply in support of the renewed motion to stay discovery (ECF No. 20), will be **November 24, 2026**. Given Federal Defendants' diligence and the need for additional communication with USCIS, good cause exists for the extension.

/ / /

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
*Attorneys for Federal Defendants*

This motion to extend is **GRANTED**, but no further extensions of this deadline will be allowed.

.

IT IS SO ORDERED.

Dated: November 18, 2026

.

.

Nancy J. Koppe
United States Magistrate Judge